

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00399-CV

**IN THE INTEREST OF L.D.F.**, et al., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01274
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal.

SIGNED December 9, 2015.

_____
Jason Pulliam, Justice